# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2014 DEC -5  PM 4: 18

nP  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILFREDO JIMENEZ-CRUZ,<br><br>Defendant. | CASE NO. 14CR1627-CAB<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_\_ the Court has granted the motion of the Government for dismissal without prejudice; or

__X__ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

   8 USC 1326 - Removed Alien Found in the United States.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:  DECEMBER 5, 2014

Hon. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE